# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| JEFFREY D. WILLIAMS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>VIKING COLLECTION SERVICES, )<br>INC. )<br>& )<br>)<br>CHASE BANK USA, N.A. )<br>)<br>Defendants ) | Case Number: 11-4042 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Jeffrey D. Williams, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800